**Order entered December 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01033-CR

## ADDISON DOUGLAS MAYS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84413-2019**

## ORDER

On October 26, 2022, this Court ordered Stephanie Duecker Hudson, counsel for appellant, to notify this Court by November 18, 2022, whether she intended to (1) file a new brief replacing the January 28, 2022 brief filed by former counsel; (2) file a supplemental brief; or (3) adopt the January 28, 2022 brief as filed. As of the date of this order, Ms. Hudson has not responded to the October 26, 2022 order. Accordingly, we presume counsel intends to adopt the January 28, 2022 brief as filed, and the case will be submitted with that brief.

We **DIRECT** the Clerk of the Court to send copies of this order to: the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; Stephanie Duecker Hudson, counsel for appellant; Amy Sue Melo Murphy, assistant criminal district attorney; and appellant Addison Douglas Mays, TDCJ No. 02373093, Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880.

/s/ DENNISE GARCIA
   JUSTICE